

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2021

No. 04-20-00347-CV

**IN THE INTEREST OF E.A.C., A CHILD**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-06011
Honorable Aaron Haas, Judge Presiding

# O R D E R

Sitting:      Irene Rios, Justice
               Beth Watkins, Justice
               Liza A. Rodriguez, Justice

Appellant filed a motion to abate this appeal for findings of fact and conclusions of law and a motion for an extension of time to file her brief. Thereafter, appellee filed a response opposing the motion to abate, and appellant filed a reply to appellee's response.

After considering the documents filed by the parties and the clerk's record, we conclude appellant's notice of past due findings of fact and conclusions of law was not timely filed and, therefore, appellant's motion to abate this appeal for findings of fact and conclusions of law must be denied. *See* TEX. R. CIV. P. 297; *Las Vegas Pecan & Cattle Co., Inc. v. Zavala Cty.*, 682 S.W.3d 254, 255-56 (Tex. 1984) (holding the appellant waived its complaint about the lack of findings of fact and conclusions of law by not timely filing a notice of past due findings of fact and conclusions of law); *Bank of Am., N.A., v. Groff*, No. 14-19-00726-CV, 2021 WL 98559, at *2 (Tex. App.—Houston [14th Dist.] Jan. 12, 2021, no pet. h.) ("If findings of fact are not properly requested—including when a past-due notice is not filed within the thirty-day deadline imposed by rule 297—then an appellant waives a complaint that the trial court failed to file findings of fact and conclusions of law."). Therefore, appellant's motion to abate this appeal is DENIED.

Appellant's motion for an extension of time to file her brief is GRANTED. Appellant's brief is due on or before **March 1, 2021**.

_____
Irene Rios, Justice

FILE COPY

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of January, 2021.



_MICHAEL A. CRUZ, Clerk of Court_